# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Calvin Abdul Aziz,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No.  CV18-02806-PHX DGC<br><br>**ORDER** |
| Deenise Abrams,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No.  CV18-01173-PHX DGC<br><br>**ORDER** |
| Demetrius Adams,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No.  CV19-01111-PHX DGC<br><br>**ORDER** |
| Joseph Adams,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No.  CV19-00392-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Timothy Adams,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-01078-PHX DGC<br><br>**ORDER** |
| Jamie Adkins,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-03608-PHX DGC<br><br>**ORDER** |
| John Aguilar,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-03718-PHX DGC<br><br>**ORDER** |
| Mark Ahtila,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-01254-PHX DGC<br><br>**ORDER** |
| Meredyth Albright,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-01298-PHX DGC<br><br>**ORDER** |
| Sheila Alexander,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-01807-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Glenn Allen,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-02612-PHX DGC<br><br>**ORDER** |
| Amanda Allen,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00894-PHX DGC<br><br>**ORDER** |
| Steven Allensworth,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-01710-PHX DGC<br><br>**ORDER** |
| Pedro Alvarado,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-04123-PHX DGC<br><br>**ORDER** |
| Marissa Alvarez,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-01245-PHX DGC<br><br>**ORDER** |
| Joe Aman,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-01036-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Kevin Ammons,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-03105-PHX DGC<br><br>**ORDER** |
| Shirley Anderson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-03053-PHX DGC<br><br>**ORDER** |
| Cliff Andrews,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-01084-PHX DGC<br><br>**ORDER** |
| Michelle Andrews,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-01367-PHX DGC<br><br>**ORDER** |
| Carnetta Applewhite,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-01292-PHX DGC<br><br>**ORDER** |
| Estelle Arachchige,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-02947-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Brenda Armstrong,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-00964-PHX DGC<br><br>**ORDER** |
| Barry Arries,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-03191-PHX DGC<br><br>**ORDER** |
| Jessica Arthur,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-00778-PHX DGC<br><br>**ORDER** |
| Jeffrey Babey,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-00191-PHX DGC<br><br>**ORDER** |
| Carmen Baez,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-01359-PHX DGC<br><br>**ORDER** |
| Tabor Bailey,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-00990-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Aja Bailey,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV19-03491-PHX DGC<br><br>**ORDER** |
| Roger Baker,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV18-01909-PHX DGC<br><br>**ORDER** |
| Nancy Baldwin,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV18-01944-PHX DGC<br><br>**ORDER** |
| Karla Balemezi,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV19-02655-PHX DGC<br><br>**ORDER** |
| Ricky Ballard,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV19-03058-PHX DGC<br><br>**ORDER** |
| Tanya Bang,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV19-03067-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Emma Barham,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV19-00989-PHX DGC<br><br>**ORDER** |
| Amanda Barnes,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-01075-PHX DGC<br><br>**ORDER** |
| Elizabeth Barnes,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-02331-PHX DGC<br><br>**ORDER** |
| Stephanie Barnett,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV19-02875-PHX DGC<br><br>**ORDER** |
| Kathleen Barnhart,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV19-01295-PHX DGC<br><br>**ORDER** |
| Dolores Barrois by Katherine Motes, personal representative,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV16-04262-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Kelly Bartlett,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03018-PHX DGC<br><br>**ORDER** |
| Kristine Baum,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-01286-PHX DGC<br><br>**ORDER** |
| Walter Bedford,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03100-PHX DGC<br><br>**ORDER** |
| Kathy Behrens,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-01068-PHX DGC<br><br>**ORDER** |
| George Bejarano,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-01674-PHX DGC<br><br>**ORDER** |
| Gary Belcher,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03190-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Richard Bellenare,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-02939-PHX DGC<br><br>**ORDER** |
| Barbara Berg,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-01931-PHX DGC<br><br>**ORDER** |
| Robert Bergstrom,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-01501-PHX DGC<br><br>**ORDER** |
| Pam Bernardi,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-00555-PHX DGC<br><br>**ORDER** |
| Daniel Bethel,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-00920-PHX DGC<br><br>**ORDER** |
| Paulo Bettencourt,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-02098-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Beyor Spring,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-01284-PHX DGC<br><br>**ORDER** |
| Tammy Birchfield,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-01153-PHX DGC<br><br>**ORDER** |
| Michael Bishop,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-02942-PHX DGC<br><br>**ORDER** |
| Alan Black,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-02910-PHX DGC<br><br>**ORDER** |
| Penny Blackshear,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-00913-PHX DGC<br><br>**ORDER** |
| Carolyn Blaine,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-03021-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Kristina Boggs,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-02947-PHX DGC<br><br>**ORDER** |
| Josefina Bolanos,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-02653-PHX DGC<br><br>**ORDER** |
| Howard Bolden,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-04252-PHX DGC<br><br>**ORDER** |
| Annette Boles,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-04060-PHX DGC<br><br>**ORDER** |
| Lorraine Book,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-01020-PHX DGC<br><br>**ORDER** |
| Ricky Boothe,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03429-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Freddie Boston,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-03812-PHX DGC<br><br>**ORDER** |
| Christy Bottger,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-01303-PHX DGC<br><br>**ORDER** |
| Neal Bottomley,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-03441-PHX DGC<br><br>**ORDER** |
| Tommy Bowen,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03912-PHX DGC<br><br>**ORDER** |
| James Bowie,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-02107-PHX DGC<br><br>**ORDER** |
| Brian Boyd,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-01752-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Herman Bradley,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-01085-PHX DGC<br><br>**ORDER** |
| Ryan Brady,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-03437-PHX DGC<br><br>**ORDER** |
| Travion Braggs,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-04067-PHX DGC<br><br>**ORDER** |
| Dwayne Brasee,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-03536-PHX DGC<br><br>**ORDER** |
| Wayne Breault,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-01275-PHX DGC<br><br>**ORDER** |
| Selena Briggs,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-01917-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Ronald Briner, <br>         Plaintiff, <br> v. <br><br> C.R. Bard, et al., <br>         Defendants. | No. CV17-04495-PHX DGC <br><br> **ORDER** |
| Eric Briney, <br>         Plaintiff, <br> v. <br><br> C.R. Bard, et al., <br>         Defendants. | No. CV18-01785-PHX DGC <br><br> **ORDER** |
| Jennifer Brouillette, <br>         Plaintiff, <br> v. <br><br> C.R. Bard, et al., <br>         Defendants. | No. CV19-00946-PHX DGC <br><br> **ORDER** |
| Jerry Brown, <br>         Plaintiff, <br> v. <br><br> C.R. Bard, et al., <br>         Defendants. | No. CV18-03988-PHX DGC <br><br> **ORDER** |
| Warren Brown, <br>         Plaintiff, <br> v. <br><br> C.R. Bard, et al., <br>         Defendants. | No. CV19-01163-PHX DGC <br><br> **ORDER** |
| Christina Brown, <br>         Plaintiff, <br> v. <br><br> C.R. Bard, et al., <br>         Defendants. | No. CV19-00754-PHX DGC <br><br> **ORDER** |

| | |
|---|---|
| Ella Brown,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV19-00164-PHX DGC<br><br>**ORDER** |
| Samantha Brown,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV19-00976-PHX DGC<br><br>**ORDER** |
| Gerald Brown,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV19-03064-PHX DGC<br><br>**ORDER** |
| Steven Brown,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV19-03427-PHX DGC<br><br>**ORDER** |
| Terrance Brown,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV19-03527-PHX DGC<br><br>**ORDER** |
| Maxie Buchanan,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV19-03531-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Diana Buckner, | |
|       Plaintiff, | |
| v. | |
| C.R. Bard, et al., | |
|       Defendants. | |

No. CV18-01712-PHX DGC

**ORDER**

| | |
|---|---|
| Hal Buie, | |
|       Plaintiff, | |
| v. | |
| C.R. Bard, et al., | |
|       Defendants. | |

No. CV19-00759-DCG

**ORDER**

| | |
|---|---|
| Steven Bullard, | |
|       Plaintiff, | |
| v. | |
| C.R. Bard, et al., | |
|       Defendants. | |

No. CV19-03528-PHX DGC

**ORDER**

| | |
|---|---|
| Tracy Burns, | |
|       Plaintiff, | |
| v. | |
| C.R. Bard, et al., | |
|       Defendants. | |

No. CV18-02623-PHX DGC

**ORDER**

| | |
|---|---|
| Hal Burns, | |
|       Plaintiff, | |
| v. | |
| C.R. Bard, et al., | |
|       Defendants. | |

No. CV19-03514-PHX DGC

**ORDER**

| | |
|---|---|
| April Burton, | |
|       Plaintiff, | |
| v. | |
| C.R. Bard, et al., | |
|       Defendants. | |

No. CV19-02834-PHX DGC

**ORDER**

| | |
|---|---|
| Ronald Butler,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-00986-PHX DGC<br><br>**ORDER** |
| Shalene Butler,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-00315-PHX DGC<br><br>**ORDER** |
| Michael Butler,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-03065-PHX DGC<br><br>**ORDER** |
| Joann Byrd,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-01688-PHX DGC<br><br>**ORDER** |
| Sherry Byrd,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-02283-PHX DGC<br><br>**ORDER** |
| Bernie Caffery,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-01762-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20984.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20984) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 5th day of December, 2019.

*David G. Campbell*
David G. Campbell
Senior United States District Judge